1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15

JOSE AYALA,

              Petitioner

      v.

WARDEN,

              Respondent.

Case No. 2:21-cv-05987-VAP (GJS)

**JUDGMENT**

16
17
18
19
20
21
22
23

    Pursuant to the Court's Order Denying Motion And Dismissing Action Without Prejudice,

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

24
25
26
27
28

DATE: 07/30/2021

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE